JFL

PAE AO 241
(Rev. 07/10)

Page 4

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Pennsylvania |
|---|---|
| Name (under which you were convicted):  Milique Wagner | Docket or Case No.: CP-51-CR-0000127-2011   19  5567 |
| Place of Confinement:  S.C.I Smithfield | Prisoner No.:  KW8222 |
| Petitioner (Include the name under which you were convicted):  Milique Wagner | Respondent (Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner):  Jamey Luther |

V.

and

The District Attorney of the County of: Philadelphia

and

The Attorney General of the State of: Pennsylvania

## PETITION

1.  (a)   Name and location of court that entered the judgment of conviction you are challenging:

Court of Common Pleas Phila. County

   (b)   Criminal docket or case number (if you know): CP-51-CR-0000127-2011

2.  (a)   Date of judgment of conviction (if you know): January 6, 2013

   (b)   Date of sentencing: January 6, 2013

3.  Length of sentence:  Life

4.  In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: Murder 1st
Degree, Possesion Instrument of crime, Criminal Conspiracy

PAE AO 241
(Rev. 07/10)

Page 5

_____
_____
_____

6.  (a)  What was your plea?  (Check one)
    ☑(1)  Not Guilty          ☐(3)  Nolo contendere (no contest)
    ☐(2)  Guilty              ☐(4)  Insanity plea

    (b)  If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge,
         what did you plead guilty to and what did you plead not guilty to? _____
         _____
         _____
         _____

    (c)  If you went to trial, what kind of trial did you have?  (Check one)
         ☑  Jury              ☐  Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?
         ☐  Yes              ☑  No

8.  Did you appeal from the judgment of conviction?
         ☑  Yes              ☐  No

9.  If you did appeal, answer the following:
    (a)  Name of court: _Superior Court_
    (b)  Docket or case number (if you know): _1556 EDA 2013_
    (c)  Result: _Affirmed_
    (d)  Date of result (if you know): _1/29/15_
    (e)  Citation to the case (if you know): _1556 EDA 2013_
    (f)  Grounds raised: _Unknown_
         _____
         _____
         _____
         _____
         _____

(g) Did you seek further review by a higher state court? ☐ Yes ☐ No

If yes, answer the following:

(1) Name of court: _Pennsylvania Supreme Court_

(2) Docket or case number (if you know): _____

(3) Result: _Denied_

(4) Date of result (if you know): _10 - 13 - 15_

(5) Citation to the case (if you know): _94 EA1 2015_

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☑ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Post Conviction Relief Act - Court of Common Pleas_

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _PCRA_

(5) Grounds raised: _Trial Counsel Ineffective : (1.) Failing to request Corrupt Polluted Source charge (2.) Failure to request Crimen Falsi charge (3.) Failure to request other crimes instruction (4.) Failure to object to erroneous instruction (5.) Motion to Sever (6.) Cumulative effect of errors_

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

       ☐   Yes            ☑   No

(7) Result: _Dismissed  Petition_____

(8) Date of result (if you know): _June 16, 2017_____

(b)    If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

       ☐   Yes            ☐   No

(7) Result: _____

(8) Date of result (if you know): _____

(c)    If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    _____

    _____

    _____

    _____

PAE AO 241
(Rev. 07/10)

Page 8

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐  Yes          ☐  No

(7) Result: _____

(8) Date of result (if you know): _____

(d)     Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion:

(1)     First petition:          ☑  Yes          ☐  No
(2)     Second petition:      ☐  Yes          ☐  No
(3)     Third petition:         ☐  Yes          ☐  No

(e)     If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____

12.     For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE:  _Sec Attachment "A"_

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground One:**

　　(1) If you appealed from the judgment of conviction, did you raise this issue?

　　　　☐　Yes　　　　☐　No

　　(2) If you did not raise this issue in your direct appeal, explain why? _____

_____

_____

(d) **Post-Conviction Proceedings:**

　　(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

　　　　☐　Yes　　　　☐　No

　　(2) If your answer to Question (d)(1) is "Yes," state:

　　Type of motion or petition: _____

　　Name and location of the court where the motion or petition was filed: _____

_____

　　Docket or case number (if you know): _____

　　Date of the court's decision: _____

　　Result (attach a copy of the court's opinion or order, if available): _____

_____

　　(3) Did you receive a hearing on your motion or petition?　　☐　Yes　　☐　No

　　(4) Did you appeal from the denial of your motion or petition?　　☐　Yes　　☐　No

　　(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

　　　　☐　Yes　　　　☐　No

　　(6) If your answer to Question (d)(4) is "Yes," state:

　　Name and location of the court where the appeal was filed: _____

_____

　　Docket or case number (if you know): _____

　　Date of the court's decision: _____

PAE AO 241
(Rev. 07/10)

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:**   _See Attachment "A"_
_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

☐   Yes                    ☐   No

(2) If you did not raise this issue in your direct appeal, explain why? _____

_____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a

state trial court?

☐   Yes              ☐   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐   Yes      ☐   No

(4) Did you appeal from the denial of your motion or petition?     ☐   Yes      ☐   No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐   Yes              ☐   No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)  If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise

this issue: _____

_____

_____

_____

(e)       Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:**   *See Attachment "A"* _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

**(c) Direct Appeal of Ground Three:**

       (1) If you appealed from the judgment of conviction, did you raise this issue?

                      ☐   Yes                 ☐   No

       (2) If you did not raise this issue in your direct appeal, explain why? _____

_____

_____

**(d) Post-Conviction Proceedings:**

       (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

                      ☐   Yes                 ☐   No

       (2) If your answer to Question (d)(1) is "Yes," state:

       Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes          ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes          ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐ Yes                    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise

this issue: _____

_____

_____

_____

_____

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies,

etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:**  *See Attachment "A"*

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        ☐   Yes       ☐   No

    (2) If you did not raise this issue in your direct appeal, explain why? _____

    _____

    _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a

    state trial court?

        ☐   Yes       ☐   No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    _____

    (3) Did you receive a hearing on your motion or petition?      ☐   Yes     ☐   No

    (4) Did you appeal from the denial of your motion or petition?    ☐   Yes     ☐   No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐   Yes          ☐   No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)  If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise

this issue: _____

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies,

etc.)  that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

13.     Please answer these additional questions about the petition you are filing:

(a)     Have all grounds for relief that you have raised in this petition been presented to the highest state

court having jurisdiction?          ☑ Yes          ☐   No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for

not presenting them: _____

_____

_____

_____

PAE AO 241
(Rev. 07/10)

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☑ Yes   ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _Philadelphia Court of Common Pleas ; Successive_ _PCRA Petition  CP-51-CR-0000127-2011_

_____

_____

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)    At preliminary hearing:   _Edward Meehan Esq._

(b)    At arraignment and plea:   _Edward Meehan Esq._

PAE AO 241
(Rev. 07/10)

(c)   At trial: _Michael E. Wallace  Esq._

(d)   At sentencing: _Michael E. Wallace  Esq._

(e)   On appeal: _Michael E. Wallace  Esq._

(f)   In any post-conviction proceeding: _Stephen T. O'Hanlon, Esq._

(g)   On appeal from any ruling against you in a post-conviction proceeding: _Pro Se_

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?                      ☐  Yes      ☑  No

(a)   If so, give the name and location of the court that imposed the other sentence you will serve in the future: _____

(b)   Give the date the other sentence was imposed: _____

(c)   Give the length of the other sentence: _____

(d)   Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?            ☐  Yes      ☐  No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition*

_Petition is timely_

_____

_____

_____

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State Court. The limitation period shall run from the latest of -

    (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _An evidentiary hearing as a prelude to granting the writ and ordering the state to retry or discharge from custody_

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

PAE AO 241
(Rev. 07/10)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _November 14, 2019_ .

(month, date, year)

Executed (signed) on _November 14, 2019_ (date).

_Miguel Wagon_

Signature of Petitioner

If the person signing is not the petitioner, state the relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

_____

_____

## ATTACHMENT "A"

**GROUND 1:**     Trial counsel was ineffective under the Sixth and Fourteenth Amendment to the United States Constitution when he failed to request "Corrupt and Polluted Source charge" denying Petitioner a fair trial.

**FACTS:**     Trial counsel mentioned during trial that he wanted this institution but failed to request it at the appropriate time.

**GROUND 2:**     Trial counsel was ineffective for failing to request crimen falsi instruction for Commonwealth witness Amin Payne who had conviction for robbery denying Petitioner a fair trial.

**FACTS:**     Trial counsel requested that he would seek this charge but did not request at appropriate time.

**GROUND 3:**     Trial counsel was ineffective under the Sixth and Fourteenth Amendment for failing to request "Other crimes evidence" instruction denying Petitioner Due Process.

**FACTS:**     Other crimes evidence was elicited by the prosecution and trial counsel under Pennsylvania Law failed to request instruction.

**GROUND 4:**     Trial counsel was constitutionally deficient under the Sixth and Fourteenth Amendments for failing to object to erroneous jury instruction that allowed the jury to consider inadmissible evidence as substantive evidence.

**FACTS:**     Trial counsel failed to object to an erroneous jury instruction that allowed the jury to consider a statement that was not signed and adopted.

**\* All of these issues have been properly exhausted in State Court**.

**GROUND 5:**    Trial counsel was constitutionally deficient for failing to seek a motion for severance.

**FACTS:**    Trial counsel failed to file motion to sever case from co-defendant who was facing capital punishment.

**GROUND 6:**    Trial counsel's errors [Cumulative] fundamentally denied Petitioner a fair trial in violation of Fourteenth Amendment.

**FACTS:**    The Cumulative effect of trial counsel's errors denied Petitioner a fair trial if not individually.

GROUND 7:    Petitioner was denied his right to a fair trial where Detective Philip Nordo employed unlawful police tactics to procure evidence Denying Petitioner a fair trial.

Note:   This claim is presently before the State Court being reviewed by the (CIU) unit.

Facts:   New evidence reveal, paid witnesses, used sexual misconduct, coercive tactics, fabricated evidence.

JFL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Wagner | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. **19    5567** |
| Luther, et. al. | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.     **2254** (☒)

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.     (☐)

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.     (☐)

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.     (☐)

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.     (☐)

(f) Standard Management – Cases that do not fall into any one of the other tracks.     (☐)

| | | |
|---|---|---|
| NOV **25** 2019 | *Daniel McCormack* | |
| **Date** | **Deputy Clerk** | **Attorney for** |
| | | |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

*JFL*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____1120 Pike Street, Huntingdon, PA 16652_____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____Philadelphia_____

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year     Yes ☐    No ☐
   previously terminated action in this court?

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit     Yes ☐    No ☐
   pending or within one year previously terminated action in this court?

3. Does this case involve the validity or infringement of a patent already in suit or any earlier     Yes ☐    No ☐
   numbered case pending or within one year previously terminated action of this court?

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights     Yes ☐    No ☐
   case filed by the same individual?

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____11/25/2019_____   _____David McCormicK_____   _____
                                     *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

**CIVIL: (Place a √ in one category only)**

**A.** *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☑ 8. Habeas Corpus    2254
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
      *(Please specify):* _____

**B.** *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
      *(Please specify):* _____

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or pro se plaintiff*, do hereby certify:

- ☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

- ☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                            *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

**INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS**



U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 16652
02 1W
0001395401 NOV. 22 2019
$ 008.30⁰

U.S.M.S.
X-RAY

d States District Court
— Eastern District of Pennsylvania
arket St. Room 2609
Pa. 19106

Milique  gner# KW8222
1120 Pike
Huntingdon, Pa. 16652

Clerk
Unite
For Th
601 M
Phila,



USPS TRACKING #

9114 9023 0722 4287 0384 46

Label 400 Jan. 2013
7690-16-000-7948



**PRIORITY** ★ MAIL ★

TRACKED
★ ★ ★
INSURED
★

UNITED STATES POSTAL SERVICE.

For Domestic Use Only          Label 107R, July 2013